Morris Weingarten, Respondent, v. Oscar Cohen et al., Individually and as Copartners Doing Business as Merit Display Card Co., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and

the motion granted. (See *Eisenberg* v. *Adler Realty Co.,* 273 App. Div. 641.) Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.